| Date: 10/1/2025 | Case: 1-25-cr-258 (1) | Time: 1:18p – 1:46p |
|---|---|---|

**Judge:** William B. Porter
**Tape:** FTR/400   **Court Reporter:** N/A
**Hearing:** Initial Appearance

**Eastern District of Virginia**
**United States of America**
v.
**Tae Y. Jang**

**Participants**
**USA:** Jack Morgan
**Defense Counsel:** Andrew Stewart
**Court to appoint counsel:** ☐AFPD/ ☐CJA/ ☐Defendant to retain counsel    ☐Conflict
**Interpreter:**          **Language:**

**Advisement**
☒Rule 5          ☒Due Process Protections Act

**Probation/Sup. Release violation(s)**
☐Deft informed of violation(s)          ☐Deft contests PC as to the violation(s)
☐Deft does not contest PC as to the violation(s)   ☐Court finds PC as to the violation(s)

**Detention Hearing/Preliminary Hearing**
☐Rule 5 hearings waived     ☐DH held / ☐DH waived    ☐PH held / ☐PH waived
☐Def submits on probable cause / ☐Def not contesting probable cause
☐Govt adduced evidence and rests     ☐Court finds probable cause

**Detention**
☐Govt seeking detention / ☒Govt not seeking detention
☐Def counsel seeking release / ☐Def counsel not contesting/seeking release at this time
☐Deft remanded to the custody of the USMS

**Bond Status**
☒Deft released on PR bond: ☒with conditions      ☐Deft continued on PR bond
☐Deft continued on previously imposed conditions:
    ☐Pretrial / ☐Probation / ☐Supervised Release

**Future proceedings**
☐Matter continued for further proceedings before the Grand Jury
☒Next hearing: 10/30/2025/Arraignment/PTG - 801/9:00AM

**Notes:** Defendant does not qualify for court appointed counsel. Counsel appointed for initial appearance and possibly Arraignment.