# UNITED STATES DISTRICT COURT
## ** ARRAIGNMENT **

Case No. **1:25cr258**　　　　　　　　　　　　　　　　　　　　Date: **10/30/2025**
Court Time: 9:04 a.m. – 9:17 a.m.
(00:13)

DOCKET ENTRY: **ARRAIGNMENT**

U.S.A. vs. **TAE Y. JANG (1)**
　　　　　**KAREN J. DEMATTEO (2)**

PRESENT:　**Honorable Patricia Tolliver Giles**, U. S. District Judge
　　　　　Paulina Miller　　　　　, Deputy Clerk
　　　　　S. Wallace　　　　　, Court Reporter
　　　　　Kathleen Robeson　　　　　, Asst. U. S. Attorney
　　　　　Andrew Stewart　　　　　, Attorney for Tae Y. Jang (1)
　　　　　Brooke Rupert　　　　　, Attorney for Karen J. DeMatteo (2)
　　　　　None　　　　　, Interpreter

**PROCEEDINGS:**

X Defendant Tae Y. Jang (1) and Defendant Karen J. DeMatteo (2) are arraigned and specifically advised of rights.

X Defendant Tae Y. Jang (1) and Defendant Karen J. DeMatteo (2) waive reading of indictment – WFA

**X PLEA: NOT GUILTY ON ALL COUNTS as to Defendants Tae Y. Jang (1) and Defendant Karen J. DeMatteo (2)**

X Defendant Tae Y. Jang (1) orally waived Speedy Trial and Court finds Speedy Trial to be waived - - Proposed Order re: Waiver of Speedy Trial/Proposed Order to be submitted.
X Defendant Karen J. DeMatteo (2) waiver of right to Speedy Trial filed in open court – Order to enter.

CASE CONTINUED TO **TUESDAY, JANUARY 13, 2026** at **10:00 a.m.** for **JURY** TRIAL as to Defendant Tae Y. Jang (1) and Karen J. DeMatteo (2).

X Discovery Order entered in open Court as to Defendants Tae Y. Jang (1) and Karen J. DeMatteo (2).

Defts　☐ Remanded　　　　X Defendant Tae Y. Jang (1)　　☐ Released on Bond –
　　　　　　　　　　　　　　Continued on Bond - see Order Setting Conditions of Release
　　　　　　　　　　　　　　X Defendant Karen J. DeMatteo (2)
　　　　　　　　　　　　　　Continued on Bond – see Order Setting Conditions of Release