IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:25-CR-258-PTG |
| | ) | |
| TAE Y. JANG, | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| KAREN J. DEMATTEO, | ) | |
| | ) | |
| Defendants. | ) | |

PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of the Court issue subpoenas as indicated in the attached proposed subpoena for appearance before the United States District Court for the Eastern District of Virginia, at Alexandria, at 10:00 o'clock a.m. on the 13th day of January 2026, then and there to testify on behalf of the United States:

30 subpoenas

This 21st day of November, 2025.

Respectfully submitted,

Lindsey Halligan
United States Attorney

By: _____/s/_____
Kathleen E. Robeson
Dahoud Askar
Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2025 NOV 21 P 12: 19

United States of America )
v. )
)  Case No. 1:25-CR-258
Tae Y. Jang & Karen J. DeMatteo )
*Defendant* )

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: Hon. Patricia T. Giles, Ctrm 801 |
|---|---|
| | Date and Time: January 13, 2026, 10:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 11/21/2025

CLERK OF COURT

**COPY**

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America, who requests this subpoena, are:

Kathleen E. Robeson
Dahoud Askar
Assistant United States Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700

Case No. 1:25-CR-258

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: