# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 1:25-cr-00258 |
| | ) | |
| **KAREN J. DEMATTEO,** *et al,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

NOW COMES Defendant, Karen J. DeMatteo ("DeMatteo" or "Defendant"), by counsel, files this Notice of Appearance to notify the Court and opposing counsel that the below-listed attorney will serve as local counsel in this matter on behalf of Karen J. DeMatteo.

      Terry C. Frank, Esq. (VSB No. 74890)
      TERRY FRANK LAW
      6722 Patterson Avenue, Ste. B
      Richmond, Virginia 23226
      P: 804.899.8089
      F: 804-899-8229
      terry@terryfranklaw.com

      */s/ Terry C. Frank*
      Terry C. Frank, Esq. (VSB No. 74890)
      TERRY FRANK LAW
      6722 Patterson Avenue, Ste. B
      Richmond, Virginia 23226
      P: 804.899.8089
      F: 804.899.8229
      terry@terryfranklaw.com

## **CERTIFICATE OF SERVICE**

I certify that on December 9, 2025, a true copy of the foregoing is being filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Kathleen Robeson, Esq.
DOJ-USAO
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, VA 22314
703-299-3700
Kathleen.robeson@usdoj.gov
*Counsel for Government*

Ann Mason Rigby, Esq.
Office of the Federal Public Defender
1650 King Street, Ste. 500
Alexandria, VA 22314
Ann_rigby@fd.org
*Current Counsel for Defendant*

Respectfully submitted,

 */s/ Terry C. Frank*
Terry C. Frank, Esq. (VSB No. 74890)
TERRY FRANK LAW
6722 Patterson Avenue, Ste. B
Richmond, Virginia 23226
P: 804.899.8089
F: 804.899.8229
terry@terryfranklaw.com