**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. : 1:25-CR-00258-PTG-2 |
| ) | |
| **KAREN J. DEMATTEO,** *et al,* ) | |
| ) | |
| **Defendants.** ) | |

**MOTION TO SUBSTITUTE COUNSEL**

NOW COMES Defendant, Karen J. DeMatteo ("DeMatteo" or "Defendant"), through counsel, respectfully moves this Court to substitute Terry C. Frank and the law firm of Terry Frank Law in place of Ann Mason Rigby, Esq., and the Office of the Federal Public Defender. Defendant has privately retained the law firm of Lowther Walker LLC to represent her, with Terry C. Frank serving as local counsel. Ms. Frank is contemporaneously filing motions for admission *pro hac vice* on behalf of counsel from Lowther Walker LLC. Current defense counsel and the Government do not object to this motion. A proposed Order is attached hereto as Exhibit A.

Date:   December 9, 2025

                                                          Respectfully submitted,

                                                        */s/ Terry C. Frank*
                                                       Terry C. Frank, Esq. (VSB No. 74890)
                                                       TERRY FRANK LAW
                                                       6722 Patterson Avenue, Ste. B
                                                       Richmond, Virginia 23226
                                                       P: 804.899.8089
                                                       F: 804.899.8229
                                                       terry@terryfranklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, I electronically filed the foregoing MOTION TO SUBSTITUTE COUNSEL with the Clerk of the United States District Court for the Eastern District of Virginia by way of the CM/ECF system, which will send notification of such filing (NEF) to the following:

Kathleen Robeson, Esq.
DOJ-USAO
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, VA 22314
703-299-3700
Kathleen.robeson@usdoj.gov
*Counsel for Government*

Ann Mason Rigby, Esq.
Office of the Federal Public Defender
1650 King Street, Ste. 500
Alexandria, VA 22314
Ann_rigby@fd.org
*Current Counsel for Defendant*

Respectfully submitted,

*/s/ Terry C. Frank*
Terry C. Frank, Esq. (VSB No. 74890)
TERRY FRANK LAW
6722 Patterson Avenue, Ste. B
Richmond, Virginia 23226
P: 804.899.8089
F: 804.899.8229
terry@terryfranklaw.com