IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. : 1:25-CR-00258-PTG-2 |
| ) | |
| **KAREN J. DEMATTEO,** *et al,* ) | |
| ) | |
| **Defendants.** ) | |

**[PROPOSED] ORDER**

This matter comes before the Court on Defendant Karen J. DeMatteo's Motion to Substitute Counsel. Upon consideration of the Motion, it is hereby ORDERED that Terry C. Frank and the law firm of Terry Frank Law are substituted as counsel of record for Defendant Karen J. DeMatteo, and that Ann Mason Rigby, Esq., and the Office of the Federal Public Defender are relieved as counsel of record in this matter.

_____            _____
Date                                                                    Presiding Judge