IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-cr-258 |
| TAE Y. JANG, | |
| AND | Hon. Patricia T. Giles |
| KAREN J. DEMATTEO, | |
| Defendants. | |

FILED IN OPEN COURT
DEC 18 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

ORDER

Upon consideration of the parties' Joint Motion to set the trial outside of the 70-day deadline established by the Speedy Trial Act, and for good cause shown, including the voluminous nature of the discovery and the need for the defendants to effectively prepare for trial, it is hereby

ORDERED that said Joint Motion to set the trial outside of the 70-day deadline established by the Speedy Trial Act is GRANTED.

The Court has considered the factors outlined in the Speedy Trial Act and finds that the ends of justice served by scheduling a trial beyond the 70-day Speedy Trial Act deadline. Pursuant to 18 U.S.C. § 3161 (h)(7)(B)(i) and (iv), the Court also finds that the ends of justice served by setting this trial outside of the 70-day Speedy Trial deadline outweigh the best interest of the public and the defendants in a speedy trial insomuch as the defendants need additional time to effectively prepare for trial.

- 2 -

It is FURTHER ORDERED that the trial of the defendants in this matter shall be set for March 10, 2026.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, and the United States Probation Officer.

ENTERED this 18th day of December 2025.

/s/
Patricia Tolliver Giles
United States District Judge

The Honorable Patricia Tolliver Giles
United States District Court Judge
Eastern District of Virginia

/s/
Patricia Tolliver Giles
United States District Judge