# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

UNITED STATES OF AMERICA )
)
)
v.                                        )                    No. 1:25-cr-258
)
TAE Y. JANG                       )
)
*Defendant.*                       )

## ORDER

This matter comes before the Court on its own initiative. The Court hereby schedules the sentencing hearing for June 18, 2026, at 9:00 a.m. Accordingly, it is hereby

**ORDERED** that Counsel for Defendant and the Government shall advise the United States Probation Office and opposing counsel of any objections or corrections to the Presentence Investigation Report ("PSR") by the deadline identified in the PSR; and it is further

**ORDERED** that Counsel for Defendant and the Government shall file their respective position papers on sentencing no later than seven (7) calendar days prior to the sentencing hearing.

Entered this 18th day of February, 2026.
Alexandria, Virginia

_____ /s/
Patricia Tolliver Giles
United States District Judge